CATHERINE S. HITCHCOCK

v.

CLARA RHODES, administratrix &c. et al.

Where there is no decision of this court to the contrary, nor any statute directing otherwise, the English practice must be followed, and therefore exceptions to an answer must be signed by counsel.

---

Exceptions to answer.

*Mr. G. W. Macpherson,* for answering defendant.

*Mr. J. H. Backes,* for complainant.

THE CHANCELLOR.

Objection is made to exceptions filed to the answer that they are not signed by counsel. The rules of this court are silent upon the subject and there is no decision upon it. The English practice requires such signature. Under such circumstances that practice is to be followed, there being no statutory provision nor any regulation to forbid. *West* v. *Paige, 1 Stock. 203.*